```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      MAR 2 8 2006
CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUTGER L. VAN ZANTEN, § <br> § <br> Plaintiff § <br> § Civil Action No. 3:02-CV-2649-P <br> v. § <br> § <br> COMMISSIONER OF SOCIAL § <br> SECURITY, § <br> § <br> Defendant. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendations of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendations of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's *Motion for Summary Judgment* is **DENIED**, and Defendant's *Motion for Summary Judgment* is **GRANTED**.

SO ORDERED, this 28th day of March, 2006.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE